IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00245-PSF-MEH

GENERAL STEEL CORPORATION;
GENERAL STEEL DOMESTIC SALES, LLC, a Colorado limited liability corporation,

    Plaintiffs,

v.

WORLD MISSIONS MINISTRIES, INC., a Maryland corporation,

    Defendant.

---

## ORDER TO SET HEARING

---

This matter is before the Court *sua sponte*. In light of Judge Roger W. Titus' Memorandum Opinion and Order, dated July 28, 2006, in the related case of *World Missions Ministries, Inc. v. General Steel Corporation, et al.*, Civil Case No. RWT 06-13, U.S. District Court for the District of Maryland, a status conference has been SET before the undersigned in Courtroom A602 of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado, on **Tuesday, August 22, 2006 at 1:30 p.m.** Participating counsel shall be present in person.

    DATED: August 8, 2006

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge