IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00245-PSF-MEH

GENERAL STEEL CORPORATION;
GENERAL STEEL DOMESTIC SALES, LLC, a Colorado limited liability corporation,

   Plaintiffs,

v.

WORLD MISSIONS MINISTRIES, INC., a Maryland corporation,

   Defendant.

_____

**ORDER**
_____

Defendant's Consent Motion to Conduct the August 22, 2005 Status Conference Telephonically (Dkt. # 13) is GRANTED.  The parties are directed set up a conference call and call chambers (303-335-2174) on **August 22, 2006, at 1:25 p.m. MST** in order to participate in the hearing by telephone.  The parties are further directed to use a **land line – no cellular, cordless or speaker phones are permitted.**

DATED: August 16, 2006.

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge